UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEF EITAN and RAN NIR,<br><br>                        Petitioners,<br><br>           -against-<br><br>ATERIAN, INC. and TRUWEO, LLC,<br><br>                        Respondents. | 22-CV-07905 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      On September 16, 2022, Petitioners Josef Eitan and Ran Nir filed a petition to compel arbitration.  Petitioners have not yet docketed an affidavit of service. Accordingly, it is hereby ORDERED that Petitioners shall docket forthwith a certificate of service proving that Petitioners properly served Respondents.

      It is further, ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to compel arbitration by **September 30, 2022**.

      It is further ORDERED that Respondents shall file and serve any opposition, or a letter stating there is not any opposition, by **October 28, 2022**.

      Petitioners' reply, if any, shall be filed and served by **November 4, 2022**.  At the time its reply is filed and served, Petitioners shall supply to Chambers two courtesy hard copies of the parties' filings, marked as such, by mailing or delivering them to the Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York, New York, New York.

      In accordance with the Court's Individual Rules and Practices, requests for adjournment or extension may be made only by letter and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

      Finally, it is hereby ORDERED that **Petitioners (1) serve upon Respondents a copy of this Order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such service with the Court.**  If unaware of the identity of counsel for Respondents, Petitioners

must forthwith send a copy of this Order and the Court's Individual Rules and Practices to Respondents itself.

Dated: September 19, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge