UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEF EITAN and RAN NIR<br><br>                              Petitioners,<br><br>-against-<br><br>ATERIAN, INC. AND TRUWEO, LLC,<br><br>                              Defendants. | Case No. 1:22-CV-07905 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 18, 2023, the Court granted Defendants' motion to compel arbitration and stayed this action pending arbitration proceedings. Dkt. 26. The parties shall provide an update as to the status of arbitration proceedings by November 11, 2024, and every 90 days thereafter.

Dated: November 4, 2024
         New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1