UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF EITAN and RAN NIR,

                      Petitioners,

      -against-

ATERIAN, INC., and TRUWEO, LLC,

                      Respondents.

1:22-cv-07905 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On November 11, 2024, the parties notified the Court that an arbitrator has issued a final decision resolving the parties' dispute and that the case can therefore be closed. Dkt. 28. The Clerk of Court is directed to CLOSE the case. Any pending motions are moot and all conferences are cancelled.

      SO ORDERED.

Dated: November 12, 2024
       New York, New York

_Jennifer Rochon_
_____
JENNIFER L. ROCHON
United States District Judge